UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| **CAMILLE DENISE LUNDY** | : | 21 U.S.C. § 963 |
| | : | (Conspiracy to Distribute One |
| Defendant | : | Kilogram or More of Heroin |
| | : | Intending or Knowing that the |
| | : | Heroin Will Be Unlawfully |
| | : | Imported into the United States) |
| | : | |
| | : | 21 U.S.C. §§ 959, 960 |
| | : | (Distribution of One Kilogram or |
| | : | More of Heroin Intending or |
| | : | Knowing that the Heroin Will |
| | : | Be Unlawfully Imported into the |
| | : | United States) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. § 853 |
| | : | 21 U.S.C. § 970 |
| | : | (Forfeiture) |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>

From on or about August 23, 2005, until on or about October 31, 2006, in the country of Aruba, and elsewhere, the defendant, **CAMILLE DENISE LUNDY**, did knowingly and intentionally combine, conspire, confederate, and agree with other co-conspirators both known and unknown to the grand jury, to commit the following offense against the United States: to

intentionally and knowingly distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, intending and knowing that such mixture and substance would be unlawfully imported into the United States, in violation of Title 21, United States Code Sections 963, 959 and 960, and Title 18, United States Code, Section 2.

## COUNT TWO

On or about October 31, 2006, in the country of Aruba, and elsewhere, the defendant, **CAMILLE DENISE LUNDY**, did intentionally and knowingly distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, intending and knowing that such mixture and substance would be unlawfully imported into the United States, in violation of Title 21, United States Code Sections 959 and 960, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Upon conviction of the criminal violations alleged in this Indictment, said offenses being punishable by imprisonment for more than one year, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title, or interest which the defendant may have in:

(1) any and all money and/or property constituting, or derived from, any proceeds which said defendant obtained, directly or indirectly, as the result of the violations alleged in this Indictment; and

(2) any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in this Indictment, together with all interest and proceeds traceable thereto, in that said property constitutes or was derived from proceeds said defendant obtained as a result of the violations charged in this Indictment, and is property which was used

or intended to be used to facilitate said violations:

If any of the above described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraphs 1 and 2 above.

A TRUE BILL:

_____
FOREPERSON

Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice - Criminal Division

By: _____
Michael C. DiLorenzo, Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice - Criminal Division
1400 New York Avenue, N.W.- 8th Floor
Washington, D.C. 20005
(202) 305-2338