CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Number 06-364 (CKK) |
| ) | |
| CAMILLE DENISE LUNDY ) | |
| ) | Category  B |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>November 26, 2007</u> from <u>Judge Colleen Kollar-Kotelly</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk ✓
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk